Charles M. Lizza
William C. Baton
Sarah A. Sullivan
SAUL EWING ARNSTEIN & LEHR LLP
One Riverfront Plaza, Suite 1520
Newark, NJ 07102-5426
(973) 286-6700
clizza@saul.com

*Of Counsel*:

Bruce M. Wexler
Melanie R. Rupert
Young J. Park
PAUL HASTINGS LLP
200 Park Avenue
New York, NY 10166
(212) 381-6000

*Attorneys for Plaintiffs
Eisai R&D Management Co., Ltd.,
Eisai Co., Ltd., and Eisai Inc.*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **EISAI R&D MANAGEMENT CO., LTD., EISAI CO., LTD., and EISAI INC.,** <br><br> **Plaintiffs,** <br><br> v. <br><br> **SANDOZ INC. and SANDOZ INTERNATIONAL GMBH,** <br><br> **Defendants.** | **CLOSED**** <br><br> Civil Action No. 20-3895 (SRC)(CLW) <br><br> (Filed Electronically) |

## NOTICE OF VOLUNTARY DISMISSAL

PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ P. 41(a)(1)(A)(i), Plaintiffs Eisai R&D Management Co., Ltd., Eisai Co., Ltd., and Eisai Inc., by and through their undersigned attorneys, hereby dismiss the above-captioned matter without prejudice and without costs. No answer or motion for summary judgment has been filed.

Dated: August 24, 2020

Respectfully submitted,

By: s/ Charles M. Lizza
   Charles M. Lizza
   William C. Baton
   Sarah A. Sullivan
   SAUL EWING ARNSTEIN & LEHR LLP
   One Riverfront Plaza, Suite 1520

Newark, NJ 07102-5426
(973) 286-6700
clizza@saul.com

*Of Counsel*:

Bruce M. Wexler
Melanie R. Rupert
Young J. Park
Paul Hastings LLP
200 Park Avenue
New York, NY 10166
(212) 381-6000

*Attorneys for Plaintiffs
Eisai R&D Management Co., Ltd.,
Eisai Co., Ltd., and Eisai Inc.*

*SO ORDERED: 8/252020 s/Stanley R. Chesler, U. S. D. J.*